IN THE MATTER OF MILDRED COMERFORD, AN ALLEGED
MENTAL INCOMPETENT.

May 12, 1987.

Petition for certification denied.

EDWARD A. APPLEGATE v. N.J. DEPARTMENT
OF INSURANCE.

May 12, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN EVERETT.

May 19, 1987.

This matter having been duly considered and the Court
having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is
dismissed. (See 104 *N.J.* 396 (1986))